```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 63497
    BRIAN HOLCOMB SR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7309


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 11/16/2005 and was confirmed 02/22/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 12/11/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CITIBANK/SEARS             UNSECURED        NOT FILED         .00            .00
CREDIT PROTECTION          UNSECURED        NOT FILED         .00            .00
CREDIT PROTECTION          NOTICE ONLY      NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED           601.72         .00         601.72
B-LINE LLC                 UNSECURED          4114.02         .00        4114.02
NCOP                       NOTICE ONLY      NOT FILED         .00            .00
NICOR GAS                  UNSECURED           560.13         .00         560.13
MCSI/RMI                   UNSECURED        NOT FILED         .00            .00
VILLAGE OF RIVERDALE       NOTICE ONLY      NOT FILED         .00            .00
ROGERS & HOLLAND           SECURED NOT I     2642.50          .00            .00
UNIFUND CORP               UNSECURED        NOT FILED         .00            .00
BLITT & GAINES             NOTICE ONLY      NOT FILED         .00            .00
US BANK NATIONAL ASSOC     UNSECURED        NOT FILED         .00            .00
TIMOTHY K LIOU             DEBTOR ATTY      2,799.20                     2,799.20
TOM VAUGHN                 TRUSTEE                                         537.69
DEBTOR REFUND              REFUND                                          158.84

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                8,771.60

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     5,275.87
ADMINISTRATIVE                                2,799.20
TRUSTEE COMPENSATION                            537.69
DEBTOR REFUND                                   158.84
                       ---------------      ---------------
TOTALS                 8,771.60              8,771.60

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 63497 BRIAN HOLCOMB SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |